IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SCOTT A. SWARTWOOD,

          Plaintiff,

    vs.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation;

          Defendant.

**8:25CV244**

**ORDER**

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiff,

**IT IS ORDERED:**

1.  On or before October 5, 2026, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 5th day of August, 2026.

          BY THE COURT:

          s/ Ryan C. Carson

          United States Magistrate Judge